UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY J. HARTNETT, ET AL.,

    Plaintiffs,

v.

PENNSYLVANIA STATE EDUCATION ASSOCIATION, ET AL.,

    Defendants.

Case No. 1:17-cv-00100

(Hon. Yvette Kane)

## NOTICE OF DEFENDANTS DISCLOSING SUPPLEMENTAL AUTHORITY RELEVANT TO PENDING DISPOSITIVE MOTIONS

Pursuant to Local Rule 7.36, Defendants submit this Notice to inform the Court of new authority pertinent to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (Dkt. 64) and Plaintiffs' Motion for Summary Judgment (Dkt. 63).

The attached, consolidated decision grants motions to dismiss filed by union defendants in five cases: *Babb v. Cal. Teachers Ass'n*, No. 8:18-cv-994; *Wilford v. Nat'l Educ. Ass'n*, No. 8:18-cv-1169; *Matthews v. United Teachers Los Angeles*, No. 2:18-cv-6793; *Martin v. Cal. Teachers Ass'n*, No. 2:18-cv-8999; and *Few v. United Teachers Los Angeles*, No. 2:18-cv-9531 (C.D. Cal. May 8, 2019). The decision – in particular, the discussion of mootness on pages 10-11 – is relevant to

Defendants' argument that this matter must be dismissed because Plaintiffs' claims have become moot. (*See* Dkt. 67 at 8–14; Dkt. 69 at 7–19; Dkt. 72 at 5–14.)

                                              Respectfully Submitted,

                                              _____/s/_____
                                              Joseph F. Canamucio, Esq.
                                              P.A. Attorney I.D. No. 316335
                                              Pennsylvania State Education Association
                                              400 North 3rd Street
                                              P. O. Box 2225
                                              Harrisburg, PA 17105-2225
                                              Telephone: (717) 255-7131
                                              Facsimile: (717) 255-7132
                                              Email: jcanamucio@psea.org

                                              Jason Walta, Esq.*
                                              D.C. Bar No. 479522
                                              National Education Association
                                              1201 16th Street N.W.
                                              Washington, D.C. 20036
                                              Telephone: (202) 822-7035
                                              Facsimile: (202) 822-7033
                                              Email: jwalta@nea.org
                                              * *Admitted pro hac vice*

                                              *Counsel for Defendants*

May 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                        /s/
Joseph F. Canamucio, Esq.
P.A. Attorney I.D. No. 316335
Pennsylvania State Education Association
400 North 3rd Street
P. O. Box 2225
Harrisburg, PA 17105-2225
Telephone: (717) 255-7131
Facsimile: (717) 255-7132
Email: jcanamucio@psea.org