IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY J. HARTNETT, et al.,** : | |
| Plaintiffs : | |
| : | No. 1:17-cv-100 |
| v. : | |
| : | (Judge Kane) |
| **PENNSYLVANIA STATE EDUCATION** : | |
| **ASSOCIATION, et al.,** : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 17th day of May 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 64) is **GRANTED**;

2. Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiffs' Motion for Summary Judgment (Doc. No. 63) is **DENIED** as **MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                         s/ Yvette Kane
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania